IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GREGORY SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3857

_____/

Opinion filed December 19, 2016.

An appeal from the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Nancy A. Daniels, Public Defender, and Susannah C. Loumiet, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael Schaub, Assistant Attorney General for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.